SEARCH WARRANT (REV. 3/13)

# UNITED STATES DISTRICT COURT
## *for the District of Arizona*

196 E. Walker Street, in Benson, Arizona, a ranch style single family residence containing tan siding with white trim, with the numbers 196 affixed just left of the front entrance door; and Benjamin Rumbo, born in 1977, is a white male with green eyes, blonde hair, approximately 5'09" tall.

No.    **21-02912MB**

SEARCH WARRANT

TO:    Any authorized law enforcement officer

Application and Affidavit having been made before me by a federal law enforcement officer, requesting the search of the following ☒ person or ☒ premises known as *(name, description and/or location)*:

**See Attachment, A-1, and A-2 attached and incorporated by reference herein**

located in the District of Arizona is believed to conceal *(identify the person or describe the property to be seized)*:

**See Attachment, B attached and incorporated by reference herein**

I find that the affidavit(s), and/or any recorded testimony, establish probable cause to search and seize the person or property described.

YOU ARE COMMANDED to execute this warrant on or before    **4/21/2021**
                                                                                *(not to exceed 14 days)*

☐    in the daytime 6:00 a.m. to 10:00 p.m.    ☒    **at any time after 5:00a.m. as I find reasonable cause has been established.**

You must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to the United States Magistrate Judge who authorized this warrant.

Subscribed and Sworn to telephonically.

__4/7/2021__    **3:45 PM**
*Date & Time Issued*

Tucson, Arizona
*City and State*

*Judge's signature*

Leslie A. Bowman, United States Magistrate Judge
*Printed name and title*

I hereby attest and certify on Apr 07, 2021
that the foregoing document is a full, true and correct
copy of the original file in my office and in my
legal custody.
        CLERK U.S. DISTRICT COURT
        DISTRICT OF ARIZONA

BY        Carrie Ryan        DEPUTY

SEARCH WARRANT RETURN (REV. 03/13)

# RETURN

Case No.:   **21-02912MB**

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| | | |

INVENTORY MADE IN THE PRESENCE OF

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

# NOT EXECUTED

❑     This Warrant was Not Executed.
*(check this box if the warrant was never executed and leave the sections above blank.)*

# CERTIFICATION

I declare under penalty of perjury that this inventory is correct and was returned to the designated judge.

Date: _____

_____
Executing Officer's Signature

_____
Printed Name and Title

APPLICATION FOR SEARCH WARRANT (REV. 03/13)

# UNITED STATES DISTRICT COURT
## *for the District of Arizona*

| | |
|---|---|
| *In the Matter of the Search of* <br> (Briefly describe the property to be searched or identify the person by name and address) <br><br> 196 E. Walker Street, in Benson, Arizona, is a ranch style single family residence containing tan siding with white trim, with the numbers 196 affixed just left of the front entrance door; and Benjamin Rumbo, born in 1977, is a white male with green eyes, blonde hair, approximately 5'09" tall. | No. **21-02912MB** <br><br> **APPLICATION FOR SEARCH WARRANT** |

I, Chase Kittinger, a federal law enforcement officer, request a search warrant and state under penalty of perjury that I have reason to believe that ☒ on the person of or ☒ on the premises known as *(name, description and/or location)*:

**See Attachment A-1 and A-2, attached and incorporated by reference herein**

located in the District of Arizona there is now concealed *(identify the person or describe the property to be seized)*:

**See Attachment B attached and incorporated by reference herein**

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☒ evidence of a crime;
☒ contraband, fruits of crime, or other items illegally possessed;
☐ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of 18 U.S.C. §§ 2251, 2252 and 2252A.

The application is based on these facts:

**See attached Affidavit incorporated by reference herein.**

Reviewed by AUSA *CCD*
*AUSA printed last name and inked initials*
Carin C. Duryee

Subscribed and Sworn to telephonically.

**4/7/2021**
Date
Tucson, Arizona
*City and State*

_____
*Applicant's signature*
FBI SA Chase Kittinger
*Printed name and title*

_____
*Judge's signature*
Leslie A. Bowman, United States Magistrate Judge
*Printed name and title*