SEARCH WARRANT RETURN (REV. 03/13)

# RETURN

Case No.: **21-02912MB**

☒ FILED  ☐ LODGED

**Jun 17 2022**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| April 7, 2021 | April 8, 2021 5:40 AM | Angela Baker |

INVENTORY MADE IN THE PRESENCE OF  Angela Baker

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

— Samsung Galaxy A10e cell phone
— HP EliteBook 8570w and power cord

## NOT EXECUTED

☐ This Warrant was Not Executed.
*(check this box if the warrant was never executed and leave the sections above blank.)*

## CERTIFICATION

I declare under penalty of perjury that this inventory is correct and was returned to the designated judge.

Date: April 9, 2021

_____
Executing Officer's Signature

J Cory Allen, FBI Special Agent
Printed Name and Title